IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMIE SHAWN McCALL
ADC # 610019                                                                  PETITIONER

v.                              No. 5:14-cv-43-DPM-JJV

RAY HOBBS, Director, ADC                              RESPONDENT

## ORDER

Recommendation, № 5, declined. McCall has now filed a complete *in forma pauperis* motion, № 6, which the Court grants for good cause. McCall's petition, № 2, as voluminously supplemented, № 7, needs evaluation in the normal course.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 March 2014