# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMIE SHAWN MCCALL**  PETITIONER
ADC # 610019

v.  No. 5:14-cv-43-DPM-JJV

**RAY HOBBS**, Director, ADC  RESPONDENT

## ORDER

McCall sent the attached letter to chambers. His habeas petition is under consideration by Magistrate Judge Joe J. Volpe. He will recommend next steps to me. McCall and Hobbs will have the opportunity to object to Judge Volpe's recommendation, whatever it may be.

_____
D.P. Marshall Jr.
United States District Judge

2 July 2014

Delta Unit
Legal Use Only

Your Honor,

My name is Jamie Shawn McCall ADC# 610019. I currently have a Petition for Writ of Habeas Corpus filed in your Court Case #5:14-CV-00043-DPM-JJV. I am writing because I don't know what happens next. The Defendant, Ray Hobbs, represented by the Att. Gen. Office filed His response on 5/14/14. On 5/29/14 I submitted my objections to their response. Since then nothing has happened. I did recieve a Docket Sheet, but nothing further. I am writing to get a better understanding of what happens next. Should I expect a hearing? Or was it dismissed?

I do realize that you are probably very busy. So I appreciate your time in this matter. My current address is as follows:

Jamie Shawn McCall ADC# 610019
Delta Regional Unit
880 E. Gaines St.
Dermott, AR 71638

Respectfully,
Jamie McCall
6-29-14

Jamie Shawn McCall ADC#610019
Delta Regional Unit
880 E. Gaines St
Dermott, AR 71638





LITTLE ROCK AR 722
DELTA
30 JUN 2014 PM 2
REGIONAL
UNIT
ADC

neopost
06/30/2014
US POSTAGE $00.48⁰

ZIP 71638
041L11223193

Judge D.P. Marshall Jr.
600 W. Capitol Ave
Little Rock, AR 72201

7220133Z999