IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMIE SHAWN McCALL
ADC # 610019                                                                                         PETITIONER

v.                                          No. 5:14-cv-43-DPM-JJV

RAY HOBBS, Director, ADC                                                          RESPONDENT

## ORDER

Unopposed recommendation, № 19, adopted. FED. R. CIV. P. 72(b)(1983 addition to Advisory Committee Notes). McCall's petition for writ of habeas corpus is dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

13 August 2014