IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMIE SHAWN McCALL
ADC # 610019                                                                          PETITIONER

v.                              No. 5:14-cv-43-DPM

RAY HOBBS, Director, ADC                                                          RESPONDENT

## JUDGMENT

McCall's petition for writ of habeas corpus is dismissed with prejudice.

No certificate of appealability will issue.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 August 2014